**Order entered February 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01029-CV

**STEPHANIE FREEMAN, Appellant**

**V.**

**CITIMORTGAGE, INC., Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-04363-E**

## ORDER

The clerk's record has been filed in this appeal. It contains an affidavit of indigence and the record does not reflect a contest was filed. The reporter's record is overdue and the Court has had no correspondence from the court reporter regarding the record.

Accordingly, the Court **ORDERS** court reporter Vikki Ogden to file, within **THIRTY DAYS** of the date of this order, either: (1) written verification no hearings were recorded; or (2) the complete reporter's record, including exhibits.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Vikki Ogden, official court reporter of the County Court at Law No. 5, and to counsel for all parties.


/s/      ELIZABETH LANG-MIERS
         JUSTICE